No. 2009R01588

CR11 00520 LHK

# UNITED STATES DISTRICT COURT

FILED

## NORTHERN DISTRICT OF CALIFORNIA

2011 AUG -3 P 3: 54

### SAN JOSE DIVISION

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

PSG

---

### THE UNITED STATES OF AMERICA

*vs.*

### PETER ALFRED-ADEKEYE

---

## INDICTMENT

**COUNTS ONE THROUGH FIVE:** Title 18, United States Code, Sections 1030(a)(2)(C) & 1030(c)(2)(B)(iii)- Intentionally Accessing A Protected Computer Without Authorization And Obtaining Information Exceeding a Value of $5,000.

---

*A true bill.*

_____Mary Elizabeth Sladek_____
*Foreperson*

Filed in open court this ___3rd___ day of ___August___

A.D. 2011

_____P.S. [signature]_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ No bail arrest warrant.

MELINDA HAAG (CABN 132612)
United States Attorney

FILED

2011 AUG -3  P 3:54

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR11 00520 LHK |
| Plaintiff, | VIOLATIONS: 18 U.S.C. §§ 1030(a)(2)(C) and (c)(2)(B)(iii)-Intentionally Accessing a Protected Computer Without Authorization and Obtaining Information Exceeding a Value of $5,000 |
| v. | |
| PETER ALFRED-ADEKEYE, | |
| Defendant. | SAN JOSE VENUE |

## INDICTMENT

The Grand Jury charges:

Introductory Allegations

At all times relevant to this Indictment:

1.   Cisco Systems, Inc. (Cisco), was an American multinational corporation that designed and sold consumer electronics, computer networking, and communication technology and services, with headquarters in San Jose, California. Cisco's computer equipment was used in interstate and foreign commerce and communications.

2.   Cisco maintained a secure computer network with restricted access and stringent policies and protocols to protect its technology and proprietary information. Cisco's website,

1  www.ciso.com, acted as a gateway to both publicly available information and to Cisco
2  proprietary information, data, and software. Cisco employees were assigned log-in credentials
3  including unique user identifications and confidential passwords that controlled their right to
4  access restricted web pages at cisco.com

5        3.     Peter Alfred-Adekeye (ADEKEYE) was a citizen of Nigeria and the United
6  Kingdom, and was employed at Cisco as an Technical Assistance Center (TAC) engineer until
7  May 6, 2005.

8        4.     On March 2, 2005, while employed at Cisco, ADEKEYE founded and
9  incorporated Multiven, Inc. (Multiven), in Delaware. ADEKEYE thereafter established
10 Multiven's offices in Palo Alto, California, and purported to provide hardware and software
11 service and maintenance work for computer router and networking systems, including those
12 manufactured and sold by Cisco. ADEKEYE was the Chief Executive Officer (CEO) of
13 Multiven.

14       5.     In or about August 2005, an employee at Cisco provided his Cisco log-in
15 credentials, including his unique user identification and password to ADEKEYE, for a specific
16 use, that is, to recommend Multiven be accorded status as a Cisco preferred partner.

17       6.     Between September 2005 and July 2007, ADEKEYE, and other employees of
18 Multiven at ADEKEYE's direction, accessed confidential information and data belonging to
19 Cisco by using the Cisco employee's credentials to log-in through the cisco.com gateway, in
20 excess of the specific use granted by the Cisco employee.

22 COUNTS ONE THROUGH FIVE:   (18 U.S.C. §§ 1030(a)(2)(C) and (c)(2)(B)(iii) -
23                                                     Intentionally Accessing A Protected Computer Without
                                                    Authorization And Obtaining Information Exceeding a
24                                                     Value of $5,000)

25       6.     The factual allegations in paragraphs 1 through 6 are re-alleged and incorporated
herein as if set forth in full.

26       7.     On or about the dates set forth below, in the Northern District of California,
27                                   PETER ALFRED-ADEKEYE
28

accessed a protected computer without authorization and with an intent to defraud, to wit: the proprietary network of Cisco, and thereby obtained information from said protected computer that exceeds $5,000 in value, on the dates and times as set forth in the separate counts below:

| Count | IP Address | Date | Time of Unauthorized Access and Item Downloaded |
|---|---|---|---|
| 1 | 69.181.72.170 | 12-Dec-2006 | 08:43:58 (PST) **Downloaded**: Cisco IOS Version 12.4.12 |
| 2 | 69.181.72.170 | 12-Dec-2006 | 08:48:15 (PST) **Downloaded**: Cisco IOS Version 12.4.3a |
| 3 | 69.181.72.170 | 12-Dec-2006 | 08:54:38 (PST) **Downloaded**: Cisco IOS Version 12.4.9T |
| 4 | 69.181.72.170 | 12-Dec-2006 | 08:56:59 (PST) **Downloaded**: Cisco IOS Version 12.4.9T2 |
| 5 | 67.161.47.113 | 17-Aug-2006 | 15:27:12 (PST) **Downloaded**: Cisco IOS Version 12.0.32S3 |

All in violation of 18 U.S.C. §§ 1030(a)(2)(C) and (c)(2)(B)(iii).

DATED:

A TRUE BILL

_/s/ Mary Elizabeth Sladek_
FOREPERSON
4/3/2011

MELINDA HAAG
United States Attorney

_/s/_
MATTHEW A. PARRELLA
Chief, Computer Hacking and Intellectual Property Unit

(Approved as to form: _/s/_ )
AUSA RICHARD CHENG

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT E-FILING |

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

COUNTS ONE THROUGH FIVE: (18 U.S.C. §§ 1030(a)(2)(C) and (c)(2)(B)(iii)
-Intentionally Accessing A Protected Computer Without Authorization And Obtaining Information Exceeding a Value of $5,000

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
5 years imprisonment
$250,000 fine
3 years supervised release
$100.00 special assessment

— DEFENDANT - U.S. —

▶ PETER ALFRED-ADEKEYE

FILED
2011 AUG -3 P 3:54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. S.J.

DISTRICT COURT NUMBER
**CR 11 00520 LHK PSG**

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
US Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **MELINDA HAAG**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  RICHARD CHENG

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding.
    If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed  Month/Day/Year

DATE OF ARREST ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: